1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 CALIFORNIA SPORTFISHING
   PROTECTION ALLIANCE, a non-
12 profit corporation,

13              Plaintiff,

14        v.                          CIV. NO. S-11-705 LKK/EFB

15 STOCKTON RECYCLING, INC., a
   California corporation, JAMES
16 WILLIAMS, an individual,
   FRED ESPINO, an individual,
17 and PAUL  FAIAS, an individual,

18              Defendants.
                                     /
19
   CALIFORNIA SPORTFISHING
20 PROTECTION ALLIANCE, a non-
   profit corporation,
21
                Plaintiff,
22
          v.                          CIV. NO. S-11-1239 LKK/EFB
23
   STOCKTON RECYCLING, INC., a
24 California corporation, JAMES
   WILLIAMS, an individual,
25 and FRED ESPINO, an individual,

26              Defendants.
                                     /

1  CALIFORNIA SPORTFISHING
   PROTECTION ALLIANCE, a non-
2  profit corporation,

3              Plaintiff,

4        v.                                CIV. NO. S-11-1599 LKK/EFB

5  STOCKTON RECYCLING, INC., a
   California corporation, and
6  JAMES WILLIAMS, an individual,          O R D E R

7              Defendants.
                                       /
8

9     A status conference was held in chambers on September 26,

10 2011.  After hearing, the court orders as follows:

11    1.   A further status conference is set for December 19, 2011

12         at 2:00 p.m.  The parties shall file updated status

13         reports fourteen (14) days prior to the status

14         conference.

15    IT IS SO ORDERED.

16    DATED: September 27, 2011.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2