ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
         Erik@packardlawoffices.com
         Emily@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | CIV. NO. S-11-705-LKK/CKD |
| Plaintiff, | **STIPULATION TO CONSOLIDATE RELATED CASES; ORDER** |
| vs. | Before: Hon. Lawrence K. Karlton |
| STOCKTON RECYCLING, INC., a California corporation, JAMES WILLIAMS, an individual, and FRED ESPINO, an individual, and PAUL FAIAS, an individual, | (Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq*.) |
| Defendants. | |
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | CIV. NO. S-11-1239-LKK/CKD |
| Plaintiff, | |
| vs. | |
| STOCKTON RECYCLING, INC., a California corporation, JAMES WILLIAMS, an individual, and FRED ESPINO, an individual, | |
| Defendants. | |

STIPULATION TO CONSOLIDATE RELATED CASES; [PROPOSED] ORDER    1    Case Nos. S-11-705-LKK/CKD
S-11-1239-LKK/CKD
S-11-1599-LKK/CKD

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STOCKTON RECYCLING, INC., a California corporation, and JAMES WILLIAMS, an individual,<br><br>　　　　　Defendants. | CIV. NO. S-11-1599-LKK/CKD |

　　　　Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") and Defendants Stockton Recycling, Inc. and James Williams ("Defendants") (collectively, the "Parties") stipulate as follows:

　　　　**WHEREAS**, Federal Rule of Civil Procedure 42 ("FRCP 42") provides this Court authority to consolidate actions involving common questions of law or fact;

　　　　**WHEREAS**, the Parties acknowledge that the above-referenced actions involve common questions of law and fact within the meaning of FRCP 42;

　　　　**WHEREAS,** the above cases have been designated by the Court as related cases pursuant to Local Rule 123; and

　　　　**WHEREAS**, the three related cases involve the same parties and are based on Plaintiff's allegations that at each of the Defendant's three facilities in the City of Stockton, the Defendants are discharging contaminated storm water in violation of the general industrial storm water permit for each facility, raising the same questions of law and very similar facts;

　　　　**WHEREAS**, in the interest of judicial economy the Parties agree that the above-referenced actions should be consolidated pursuant to FRCP 42;

　　　　**THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties that Civil Case Nos. S-11-705-LKK/CKD, S-11-1239-LKK/CKD and S-11-1599-LKK/CKD should be consolidated.

1     Respectfully submitted,

2

3 Dated: Dec. 15, 2011     LAW OFFICES OF ANDREW L. PACKARD

4     /s/ Erik M. Roper

5     By: Erik M. Roper
    Attorneys for Plaintiff
6     CALIFORNIA SPORTFISHING
    PROTECTION ALLIANCE
7

8 Date: Dec. 15, 2011     LAW OFFICES OF THOMAS M. BRUEN
    A Professional Corporation
9

10     /s/ Thomas Bruen

11     By: Thomas M. Bruen
    (As authorized on Dec. 15, 2011 – L.R. 131)
12     Attorneys for Defendants
    STOCKTON RECYCLING, INC.
13     and JAMES WILLIAMS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 STIPULATION TO CONSOLIDATE              Case Nos. S-11-705-LKK/CKD
RELATED CASES; [PROPOSED] ORDER    3               S-11-1239-LKK/CKD
                                                                                                S-11-1599-LKK/CKD

**ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that Civil Case Nos. S-11-705-LKK/CKD, S-11-1239-LKK/CKD and S-11-1599-LKK/CKD shall be consolidated for all purposes and assigned to the Honorable Lawrence K. Karlton.

Dated:  December 16, 2011.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```