ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
          Erik@packardlawoffices.com
          Emily@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STOCKTON RECYCLING, INC., a California corporation, JAMES WILLIAMS, an individual, and FRED ESPINO, an individual, and PAUL FAIAS, an individual,<br><br>Defendants. | CIV. NO. S-11-705-LKK/CKD<br><br>**STIPULATION TO CONSOLIDATE RELATED CASES;  ORDER**<br><br>Before:  Hon. Lawrence K. Karlton<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq*.) |
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STOCKTON RECYCLING, INC., a California corporation, JAMES WILLIAMS, an individual, and FRED ESPINO, an individual,<br><br>Defendants. | CIV. NO. S-11-1239-LKK/CKD |

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>STOCKTON RECYCLING, INC., a California corporation, and JAMES WILLIAMS, an individual,<br><br>    Defendants. | CIV. NO. S-11-1599-LKK/CKD |

Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") and Defendants Stockton Recycling, Inc. and James Williams ("Defendants") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, Federal Rule of Civil Procedure 42 ("FRCP 42") provides this Court authority to consolidate actions involving common questions of law or fact;

**WHEREAS**, the Parties acknowledge that the above-referenced actions involve common questions of law and fact within the meaning of FRCP 42;

**WHEREAS,** the above cases have been designated by the Court as related cases pursuant to Local Rule 123; and

**WHEREAS**, the three related cases involve the same parties and are based on Plaintiff's allegations that at each of the Defendant's three facilities in the City of Stockton, the Defendants are discharging contaminated storm water in violation of the general industrial storm water permit for each facility, raising the same questions of law and very similar facts;

**WHEREAS**, in the interest of judicial economy the Parties agree that the above-referenced actions should be consolidated pursuant to FRCP 42;

**THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties that Civil Case Nos. S-11-705-LKK/CKD, S-11-1239-LKK/CKD and S-11-1599-LKK/CKD should be consolidated.

Respectfully submitted,

Dated:  Dec. 15, 2011          LAW OFFICES OF ANDREW L. PACKARD

  /s/ Erik M. Roper
By:  Erik M. Roper
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

Date:  Dec. 15, 2011           LAW OFFICES OF THOMAS M. BRUEN
                               A Professional Corporation

/s/ Thomas Bruen
By:  Thomas M. Bruen
(As authorized on Dec. 15, 2011 – L.R. 131)
Attorneys for Defendants
STOCKTON RECYCLING, INC.
and JAMES WILLIAMS

STIPULATION TO CONSOLIDATE                  Case Nos. S-11-705-LKK/CKD
RELATED CASES; [PROPOSED] ORDER    3                  S-11-1239-LKK/CKD
                                                      S-11-1599-LKK/CKD

**ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that Civil Case Nos. S-11-705-LKK/CKD, S-11-1239-LKK/CKD and S-11-1599-LKK/CKD shall be consolidated for all purposes and assigned to the Honorable Lawrence K. Karlton.

Dated: December 16, 2011.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```