Thomas M. Bruen (SBN 63324)
Erik A. Reinertson (SBN 218031)
LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation
1990 N. California Boulevard, Suite 620
Walnut Creek, CA  94596
Telephone:      (925) 295-3131
Facsimile:       (925) 295-3132
Email:             tbruen@sbcglobal.net
                      ereinertson@sbcglobal.net

Attorneys for Defendants STOCKTON RECYCLING, INC. and JAMES WILLIAMS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>STOCKTON RECYCLING, INC., a California corporation, JAMES WILLIAMS, an individual, and FRED ESPINO, an individual, and PAUL FAIAS, an individual,<br><br>    Defendants. | CIV. NO. S-11-705-LKK/CKD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS FRED ESPINO AND PAUL FAIAS; ORDER**<br><br>Before:  Hon. Lawrence K. Karlton<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*) |
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>STOCKTON RECYCLING, INC., a California corporation, JAMES WILLIAMS, an individual, and FRED ESPINO, an individual,<br><br>    Defendants. | CIV. NO. S-11-1239-LKK/CKD |
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs. | CIV. NO. S-11-1599-LKK/CKD |

1

STIPULATION FOR DISMISSAL

STOCKTON RECYCLING, INC., a California corporation, and JAMES WILLIAMS, an individual,

      Defendants.

Pursuant to federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff California Sportfishing Protection Alliance and Defendants Stockton Recycling, Inc. and James Williams, constituting all of the parties who have appeared in this action, stipulate as follows:

1. To the dismissal of Defendants Fred Espino ("Espino") and Paul Faias ("Faias") from Civil Case No. S-11-705-LKK/CKD without prejudice;

2. To the dismissal of Defendant Espino from Civil Case No. S-11-1239-LKK/CKD without prejudice;

3. That Espino and Faias each bear their own costs and fees.

Respectfully submitted,

Dated:  December 15, 2011    LAW OFFICES OF ANDREW L. PACKARD

/s/ Erik M. Roper
(As authorized on Dec. 14, 2011 – L.R. 131)
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

Date:  December 15, 2011    LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation

/s/ Thomas Bruen

Attorneys for Defendants
STOCKTON RECYCLING, INC.
and JAMES WILLIAMS

STIPULATION FOR DISMISSAL

**ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that Defendant Fred Espino is dismissed without prejudice from Civil Case Nos. S-11-705-LKK/CKD and S-11-1239-LKK/CKD and that Defendant Paul Faias is dismissed without prejudice from Civil Case No. S-11-705-LKK/CKD.

Dated: January 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT